# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1523

VERSUS

LAWRENCE CHAPMAN

**FEBRUARY 14, 2022**

---

In Re:    Lawrence Chapman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-97-0648.

---

**BEFORE:    McCLENDON, WELCH AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT